No. 12–6627 (12A339). FERGUSON *v.* FLORIDA. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied. JUSTICE BREYER would grant the application for stay of execution. THE CHIEF JUSTICE took no part in the consideration or decision of this application and this petition.